FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-1052
_____

DAKODA WEINSTEIN,

Appellant,

v.

STATE OF FLORIDA DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM and CARLOS CABRERA,

Appellees.

_____

On appeal from the Division of Administrative Hearings.
Andrew D. Manko, Judge.

June 26, 2024

PER CURIAM.

The Court dismisses the appeal as untimely filed. *See* Fla. R. App. P. 9.110(b).

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dakoda Weinstein, pro se, Appellant.

Ashley Moody, Attorney General, and Sarah C. Prieto, Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.